

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



JUN 1 7 2025

CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

v.

D-1 JOSHUA CHARSTON BROWN-HILL,

    Defendant.

_____/

Criminal No. 25-cr-20445
Hon. Jonathan J.C. Grey
Vios.: 18 U.S.C. § 2251(a)

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

I, Joshua Charston Brown-Hill, defendant in this case, hereby acknowledge that I have received a copy of the Information in this case before entering my plea, and that I have read it and understand its contents. I waive its being read aloud in open court.

I know that if I am convicted or plead guilty, I may be sentenced on each Count 1, 2, and 3 as follows:

| Counts 1, 2, and 3 | Term of imprisonment: | Not less than 15 years and up to 30 years |
|---|---|---|
| | Fine: | Up to $250,000 |
| | Term of supervised release: | At least 5 years and up to life |

Joshua Charston Brown-Hill,
Defendant

Dated: 6/17/2025

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Karen Davis-Roberts,
Attorney for Defendant

Dated: 6/17/2025